Brian Phillips
7672 Mocking Bird Drive
San Diego, CA 92123-3302
(858) 354-4736



### IN THE UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Phillips, <br><br> Plaintiff, <br> vs. <br><br> WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OSI, <br><br> OCWEN LOAN SERVICING LLC, <br><br> Defendants. | Case No.: 3:09-cv-01486-H-POR <br><br> **REQUEST FOR APPROVAL OF NOTICE OF PENDING ACTION** |

Pursuant to California Code of Civil Procedure Section 405.21, Plaintiff requests an order for approval for a Notice of Pending Action. A copy is attached.

In the event that this request is denied, Plaintiff requests an explanation why.

By: _____  DATED: 8/21/2009

Brian Phillips, Plaintiff

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that upon the date last written below I served a true copy of the foregoing upon the following parties by U.S. first class mail:

**WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OSI**
and
**OCWEN LOAN SERVICING LLC**
Eric D. Houser
Rebecca L. Wilson
HOUSER & ALLISON APC
410 South Melrose Drive, Suite 220
Vista, California 92081
Telephone: (760) 806-4370
Facsimile: (760) 806-4373

DATED: 8 / 21 / 2009        By: _____
                                Brian Phillips