# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PHILLIPS,<br><br>                Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, N.A., As Trustee for the Registered Holders of Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-OSI; Ocwen Loan Servicing, LLC,<br><br>                Defendants. | CASE NO. 09-CV-01486-H (POR)<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF NOTICE OF PENDING ACTION** |

On August 24, 2009, Plaintiff Brian Phillips, proceeding pro se, filed a request for approval of notice of pending action pursuant to Cal. Code of Civ. Pro. § 405.21, along with a notice of pending action signed by Plaintiff, as his complaint arises from foreclosure proceedings on his home. (Doc. Nos. 17 & 18; see Doc. No. 1.) Under § 405.21, "a judge of the court in which an action that includes a real property claim is pending may, upon request of a party thereto, approve a notice of pendency of action." A party cannot record a notice of pendency of action unless "(b) it is signed by a party acting in propria persona and approved by a judge as provided in this section." Cal. Code Civ. Pro. §405.21. Accordingly, the Court

/ / /

/ / /

1  grants Plaintiff's request and approves the notice of pendency of action.

2  **IT IS SO ORDERED.**

3  DATED: September 21, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT