1  ERIC D. HOUSER (SBN 130079)
2  CHARLES TONY PICCUTA (SBN 258333)
   HOUSER & ALLISON
3  A Professional Corporation
4  9970 Research Drive
   Irvine, California  92618
5  Telephone (949) 679-1111
6  Facsimile (949) 679-1112
   ctpiccuta@houser-law.com
7

8  Attorneys for Defendants, WELLS FARGO BANK, N.A. AS TRUSTEE FOR
   THE REGISTERED HOLDERS OF STRUCTURED ASSET SECURITIES
9  CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
10 2007-OSI and OCWEN LOAN SERVICING, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| BRIAN PHILLIPS, | Case No.: 3:09-cv-01486-H-BLM |
|---|---|
| Plaintiff, | Hon.: MARILYN L. HUFF<br>Mag.: BARBARA MAJOR |
| v. | |
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OSI and OCWEN LOAN SERVICING LLC | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS ACTION FOR FAILURE TO COMPLY WITH COURT ORDERS AND DISCOVERY RULES**<br><br>**[FRCP 37(b)(2)(A)(v)]** |
| Defendants. | Date:   February 27, 2012<br>Time:   10:30 a.m.<br>Crtrm: 13, Fifth Floor |

**TO THE COURT, PLAINTIFF, THE PARTIES AND COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on February 27, 2012, at 10:30 a.m., or as soon thereafter as may be heard in Courtroom 13 of the above-entitled Court

located at 940 Front Street, San Diego, California 92101, Defendants, WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OSI ("Wells Fargo") and OCWEN LOAN SERVICING, LLC ("Ocwen")(collectively "Defendants") will and hereby do move this Court to Dismiss Plaintiff's Complaint for failure to comply with the Court's November 3, 2011 and January 6, 2012 Orders and the Federal Rules of Civil Procedure regarding discovery.

This Motion is made and based upon Federal Rule of Federal Civil Procedure 37(b)(2)(A)(v), and is based on the ground that Plaintiff has willfully disobeyed two consecutive Court orders, has failed to participate in discovery, has failed to produce documents, has failed to attend his deposition, has failed to respond to Counsel's communications regarding discovery compliance and has prejudiced Defendants' ability to defend themselves.

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, the Court's files concerning this action, the Declaration of Charles Tony Piccuta as well as any evidence or matters before the Court.

Dated: January 19, 2012                HOUSER & ALLISON
                                        A Professional Corporation

                                        /s/ Charles Tony Piccuta
                                        Charles Tony Piccuta
                                        Attorneys for Defendants, WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OSI and OCWEN LOAN SERVICING LLC